**No. 69406.**—W. Kay Company, Inc. *v.* United States, protests 59/32809, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "A" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 69407.**—W. Kay Company, Inc. *v.* United States, protests 60/12885, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "A" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

**No. 69408.**—W. Kay Company, Inc. *v.* United States, protests 61/17410, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to